DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CAROL J. LEWIS,**
Appellant,

v.

**COMMUNITY SAVANNA CLUB JOINT VENTURE,**
Appellee.

No. 4D2025-2022

[March 19, 2026]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Edmond Warren Alonzo III, Judge; L.T. Case No. 562024CC000734AXXXHC.

Robert George Rydzewski, Jr. of Treasure Coast Legal, Stuart, for appellant.

Brian Christian Chase and Patrick M. Boylan of Atlas Law, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY, J., and SHERMAN, JAMES, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***